IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
AUG 2 0 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-69-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JOHN FRANCIS MCDERMOTT, | |
| Defendant. | |

Pursuant to the request of the Bureau of Prisons at the Federal Detention Center–SeaTac for an extension of up to September 20, 2018 to file the final report of evaluation, and for good cause being shown,

IT IS HEREBY ORDERED that,

1. The facility shall have until September 20, 2018 in which to file the final report on Defendant John Francis McDermott in order to determine his competency to proceed in this matter.

2. The report shall be filed with the Court, with copies to counsel for the Defendant and the Government.

3. All time from the date of this Order until the date of the Court's determination as to John Francis McDermott's competency is excludable under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A) and (F).

1

4. The Clerk of Court is directed to immediately notify the parties and the United States Marshals Service of the entry of this order.

DATED this 20th day of August, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge