

**U. S. DEPARTMENT OF JUSTICE**
FEDERAL BUREAU OF PRISONS
FEDERAL MEDICAL CENTER

P. O. Box 1600
Butner, North Carolina 27509-1600
(919) 575-3900

January 9, 2019

The Honorable Susan P. Watters
James F. Battin Federal Courthouse
2601 2nd Avenue North, 5th Floor
Billings, Montana 29101

**FILED**

JAN 1 0 2019

Clerk, U S District Court
District Of Montana
Billings

RE: MCDERMOTT, John Francis
Register Number: 17243-046
Docket Number: 18-69-BLG-SPW

Dear Judge Watters:

The above-referenced individual was admitted to the Mental Health Unit of this facility on December 27, 2018 pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of his arrival for the full study period of 120 days. If this request is granted, the evaluation period will end on April 25, 2019. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a signed copy of this letter or an amended Order via fax to (919) 575-4866 to the attention of Inmate Systems Management. In addition, please send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Kelly Forbes, Health Systems Specialist, at extension 6030.

Respectfully,

*E. A. Earwin*
E. A. Earwin, Acting Warden

(GRANTED)/DENIED (Circle One)

Signature: *Susan P. Watters* DATE: 1-9-2019
District Judge Susan P. Watters

cc: Thomas Godfrey, Assistant United States Attorney
    Evangelo Arvanetes, Defense Attorney
    Steven C. Badcock, Defense Attorney